1  Name: Rosalinda G Delgado-Romero
2  Address: 4448 Saint Andrews Dr
3  Chino Hills Ca 91709
4  Phone: (909) 239-9808
5  Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
10/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: asi  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**FEE PAID**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Rosalinda G Delgado-Romero
PLAINTIFF,

vs.

Kaiser Permanente

DEFENDANT(S).

Case No.: 5:25-cv-02729-MEMF-SPx
(To be supplied by the Clerk)

COMPLAINT FOR:

Denied medical/Dental Coverage stated on multiple recorded (by Kaiser) phone calls that medical Dental would be provided - back dated to Original Soc. Security application. + award letter provided

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under Riverside + San Bernardino Counties.

Pro Se Clinic Form    Page Number  1

## II. VENUE

2. Venue is proper pursuant to  Eastern Division Im neareast + reside in the San Bernardino County

## III. PARTIES

3. Plaintiff's name is Rosalinda G Delgado-Romero. Plaintiff resides at: 4448 Saint Andraws Dr, Chino Hills Ca 91709

4. Defendant  Kaiser Permanente

5. Defendant

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

3

## IV. STATEMENT OF FACTS

1. While I was off of work at Kaiser Permanente, I was told that I needed to find other work since it was my 2nd injury (Job injury) + I was on disability while filing for Social Security. Kaiser had mentioned on several occassions not to be concerned about my medical + Dental benefits because once I shared my award letter, they would honor the *original Soc Security application.

2. On numerous occassion, I was told the above information from supervisors (managers) & employess at the MyHR Human Resources. even upon termination, I would be able to show proof of my award letter. I also have Kaiser refrences to the phone calls stated (verifying my medical/Dental insurance information

3. I also have proof from the judge stating I was disabled as far back as 2020. Because of Covid, my Soc. security has been impacted time-wise & was initially denied Soc. Security due to issues other then my health (non Kaiser councelor) (Denied information

4

4. As an employee of more then 30 years, I called my HR because I couldn't afford to pay for medical/Dental & used money I obtained from Kaiser due to my injury. I have a log of all calls made to my HR (Kaiser)

5. I have been finacially challenged + in has caused stress. Kaiser employees gave me the information that I based my finances + any additional money that Kaiser (by the union) awarded me was used to pay my medical benefits... I am currently paying into my medical/benefits/Dental for my family of 3.

5

Pro Se Clinic Form                    Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

reinstate (~~Denying~~) medical/Dental Coverage after stating I would receive
reinstate medical coverage  *insert title of cause of action*
(As against Defendant(s): Kaiser Permanente insurance )

1. Kaiser stated on multiple occasions, that I would receive my rightful medical/Dental insurance. As long as I showed proof of an award letter. They would back date to my initial Social Security application.

2. They (Kaiser Permanente) broke their word and placed me in a position to pay for healthcare & placed additional stress on my finances

6

Pro Se Clinic Form          Page Number

## SECOND CAUSE OF ACTION

(recoup my finances of medical + Dental loss)
*insert title of cause of action*

(As against Defendant(s): Kaiser Permanente )

___1___ Medical (majority) + Dental monies paid approxiamately *$55k (reciepts + bank statements) will be provided upon request.)
*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

## THIRD CAUSE OF ACTION

( Stress + additional pain + worries )
*insert title of cause of action*

(As against Defendant(s): Kaiser Permanente )

*Insert ¶ #* Being the Provider for my medical/Dental for many years + then having it taken away from me + my family (especially medical) was very stressful. Especially because my son + husband are both compromised. We would like to be compensated Financially.

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                Page Number

# FOURTH CAUSE OF ACTION

( ~~Court Fees + gas~~ )
*insert title of cause of action*

(As against Defendant(s): Kaiser Permanente )

1. $500 dollars for court fee + 100 for gas. Thank you.

Pro Se Clinic Form                    *Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. reinstate medical/Dental

2. reimburse Past medical + Dental 55k approx. Receipts will be provided upon request.

3. Stress + Pain - We would like to be paid financially for the stress that this has caused.

Pro Se Clinic Form          Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

n/A

Dated: _____


*Sign:* _____
*Print Name:* _____
Plaintiff in pro per